AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
Vanessa L Armstrong, Clerk
Jun 02 2020
U.S. District Court
Western District of Kentucky

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:20MJ-392 |
| **TEVIN R. PATTON** | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, Joseph H. Hicks and Orinn J. Ambrose, complainants in this case, state the following is true to the best of my knowledge and belief.

On or about the June 1, 2020, in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 922(g) | Prohibited person (Felon) in possession of a firearm |

This criminal complaint is based on these facts:

X    Continued on the attached sheet. See Attached Affidavit

_____
*Co-Complainant's signature*
Joseph H. Hicks, Special Agent, ATF
*Printed name and title*

_____
*Co-Complainant's signature*
Orinn J. Ambrose, Special Agent, FBI
*Printed name and title*

*Sworn to by the affiants in accordance with the requirements of Fed.R.Crim.P. 4.1 and 41(d)(3) by telephone and email, reliable electronic means, on this  before me on*

_____
*Judge's Signature*

Regina S. Edwards, U.S. Magistrate Judge
*Printed Name and Title*

*JDJ (AUSA initials)*

Date: June 2, 2020

City and State: Louisville, Kentucky

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Orrin Ambrose, Special Agent, FBI, and Joseph H. Hicks, Special Agent, ATF, (hereinafter "Affiants"), conducting a joint investigation, being each severally and duly sworn, each for himself, deposes and says:

1. We are investigative or law enforcement officers within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, government agents engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I, Orinn Ambrose, have been employed as a Special Agent for the FBI since 2014 during which time I have been assigned to conduct criminal investigations in the Louisville Division, including corporate fraud, wire fraud and money laundering, and counter terrorism. In the course of conducting these investigations, I have interviewed and debriefed informants, conducted physical surveillance, executed search and arrest warrants, conducted mail covers, and analyzed financial and business records. I have also spoken with senior Special Agents for assistance and guidance while conducting investigations.

1. I, Joseph H. Hicks, have been employed by the U.S. Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) as a Special Agent (SA) since July of 2014. Affiant is currently assigned to the Louisville Field Division (LFD). In connection with my official ATF duties, I investigate criminal violations of state and federal firearms and narcotics trafficking laws, including, but not limited to violations of Title 18, United States Code, Sections 922 and 924 and Title 21 United States Code 841 and 846. Affiant has received specialized training in the enforcement of laws concerning firearm related offenses as found in Title 18 of the United States Code and controlled substances as found in Title 21

of the United States Code. Affiant has testified in judicial proceedings and prosecutions for violations of federal firearms laws. Affiant also has been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of firearms related offenses, the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking.

3. Both have been involved in the investigation of this matter, along with other law enforcement officers and agents, concerning potential violations of the Gun Control Act, Title 18 United States Code, Section 922, namely the unlawful possession of a firearm by a prohibited person.

4. We are both familiar with the information contained in this affidavit through personal participation in the investigation, review of documents and records, and conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, it does not include every fact known concerning this investigation. There is however set forth a statements of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

5. Beginning May 28, 2020 through June 1, 2020, downtown Louisville, Kentucky has been the scene of civil unrest including protests, some violent protests, and rioting. The city is under 9 p.m. curfew and the Kentucky National Guard has been activated to assist federal, state, and local law enforcement.

6. On Monday, June 1, 2020, approximately 10:20 p.m. law enforcement conducting surveillance in downtown surveillance on the 400 block of South Fourth Street in downtown Louisville, Kentucky.

7. During the surveillance, U.S. Secret Service Agent Ralph Gerdes observed an African American Male (Man), wearing a white t-shirt and black baseball cap standing on the southwest corner of West Liberty and Armory Place. Gerdes observed the man facing west toward law enforcement officers, holding a cell phone. A heavyset African American female was seen standing directly behind the Man, facing the opposite direction, as though she was watching the back of the Man. The positioning appeared to be a position of cover. Gerdes observed the man reach into his right pocket several times where a bulge was observed. On the second or third time, the Man pulled out a gun.

8. Gerdes called out the presence of a gun to alert the other members of the roof post. Gerdes observed the Man point the gun in the air. LMPD officers began deploying teargas and flash bangs toward the Man. LMPD utilized a peperball gun and shot the Man several times, causing him to run south on Armory Place to a small Kia SUV. Gerdes did not see the vehicle but was told it was red in color and had a temp tag.

9. At approximately 10:22 p.m. Det Matt Thomerson initiated at traffic stop on a small 2013 Red Scion SUV with a temporary tag improperly displayed. The car was traveling southbound on South 6th Street. According to the uniform citation, **TEVIN R. PATTON**, was stopped in a vehicle for a traffic violation. This vehicle was identified by a helicopter unit as the vehicle the black male wearing a white t-shirt and black hat with a firearm firing rounds was in. After having the occupants exited the vehicle, which consisted of an adult black female driver, a black male wearing a white t-shirt and black hat and four

3

juveniles between the ages of 12 and 15 years of age, Thomerson explained to the female driver the reason for the stop and advised the officers were looking for an individual who recently fired a weapon, Thomerson received verbal consent from the driver to search the vehicle. An assisting Officer searched the vehicle and found a loaded firearm under the passenger seat, where **TEVIN R. PATTON** was sitting. Patton was arrested and listed in his property sheet was a black baseball cap.

10. Officers recovered a partially loaded Springfield Armory U.S.A., model: XDs-45, .45 caliber pistol, serial number: AT145857. In the magazine was four rounds.

11. In an interview with SA Daniel Heath and ATF Agent Sarah Mares, Patton admitted to being recently shot by peperballs and knew the caliber of the firearm located under his seat in the vehicle. During the interview Patton was wearing a white t-shirt and a black baseball cap. He denied possessing the weapon.

12. ATF SA Joseph Hicks, firearms interstate nexus expert, conducted an interstate nexus examination of the Springfield Armory U.S.A., model: XDs-45, .45 caliber pistol, serial number: AT145857. He determined that the firearm was manufactured by H S Produkt in Croatia. Since the firearm was not manufactured in the Commonwealth of Kentucky, it had to travel in interstate commerce to arrive in the Commonwealth of Kentucky.

13. Louisville Metro Department of Corrections intake form **TEVIN R. PATTON** shows an address from Memphis, Tennessee. National Crime Information Center (NCIC) information shows that in 2013, **TEVIN R. PATTON** pleaded guilty to Aggravated Burglary, a felony, out of Tennessee, court case number 11 0696811126128. In 2016, **TEVIN R. PATTON,** pleaded guilty to aggravated assault, a felony, out of Tennessee, court case number 15 0628915645785. On May 22, 2020, Patton was charged with 4th

Degree Domestic Violence and Fleeing or Evading Police, 1st Degree in Jefferson County, Kentucky.

14. Based on the above facts and circumstances, Affiants state that there is probable cause to believe that **TEVIN R. PATTON** has committed violations of Title 18, USC Sections 922(g)(1), felon in possession of a firearm.

15. These warrants were telephonic search warrants pursuant to Fed. R. Crim. P. 41(d)(3).

Co-affiants:

                                      *S/Joseph H. Hicks*_____
                                      Joseph H. Hicks
                                      Special Agent, ATF

                                      *S/Orrin J. Ambrose*_____
                                      Orrin J. Ambrose
                                      Special Agent, FBI

Sworn to by the affiants in accordance with the requirements of
Fed.R.Crim.P. 4.1 and 41(d)(3) by telephone and email, reliable electronic
means, on this day, June 2, 2020.

                                      _____
                                      Regina S. Edwards
                                      United States Magistrate Judge