UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KETUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                         CRIMINAL NO. 3:20-CR-00055-RGJ

TEVIN R. PATTON                                                                    DEFENDANT

## UNITED STATES' EXHIBIT LIST AND STIPULATION

*Filed Electronically*

Exhibit 1. Springfield XPS 45ACP, serial #AT145857 and one magazine containing 4 rounds of 45 caliber S&B ammunition.

Exhibit 2. Certified copies of convictions for Tevin Patton, Tennessee.

Exhibit 3. Cellbrite examination of Tevin Patton Cellphone

Exhibit 4. Facebook live stream video on June 1, 2020 (posted online and recovered from cellphone)

Exhibit 5. Facebook live stream video of Patton Brandishing Springfield XPS (posted online and recovered from Patton cellphone)

Exhibit 6. Surveillance photographs June 1, 2020 of Red car and Patton.

I certify and stipulate to the authenticity of the above described exhibits.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*s/Joshua Judd*_____
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 625-7049
FAX: (502) 582-5097

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2020, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Laura Wyrosdick, counsel for the defendant, Tevin R. Patton.

              *s/Joshua Judd*
              Joshua Judd
              Assistant United States Attorney